Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| CHRISTINA C RANGEL | Case No. 2:22-05027-PS |
| Debtor(s) | TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON CLAIM #: 009 |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

    No:      009
    Name:   Cavalry Investments, LLC
    Address: P.O. Box 4252
                Greenwich, CT  06831-2200

    Acct No:  8771

Upon the following grounds:

Creditor filed proof of claim with the debtor named as Christina R. Velasco which is not the debtor listed in this case.

The Trustee recommends the above-mentioned claim be disallowed

NOTICE IS GIVEN that the above claim is disallowed by the Trustee unless on or before January 14, 2023, (30 days from mailing) the creditor EITHER:

    1.  Provide the Trustee with an updated mailing address;

2. Files an Amended Proof of Claim or Notice of Transfer with Bankruptcy Court for the District of Arizona.

Dated: See Electronic Signature

                        EDWARD J. MANEY
                        CHAPTER 13 TRUSTEE

By: _____
Edward J. Maney ABN 12256
Chapter 13 Trustee
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 2:22-05027-PS

Copies of the foregoing mailed on (see electronic signature) to the following:

Attorney for Debtor(s):
THOMAS ADAMS MCAVITY
Phoenix Fresh Start Bankruptcy
4131 Main Street
Skokie, IL 60076-2780

Debtor(s):
CHRISTINA C RANGEL
3800 N EL MIRAGE RD APT 118
AVONDALE, AZ. 85392

Creditor:
Cavalry Investments, LLC
Attn: Bankruptcy Department
P.O. Box 27288
Tempe, AZ 85282

Cavalry Investments, LLC
P.O. Box 4252
Greenwich, CT  06831-2200

By:_____
     Trustee's Clerk